TOTAL TIME: 2 hours ___ minutes   DEPUTY CLERK Kolesnikov   RPTR/ERO/TAPE Corriette

DATE 11/12/03   START TIME 10:50   END TIME 12:50
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

COASTLINE vs. US STEEL

CIVIL NO. 3:00CV1698WWE

Plaintiffs Counsel: Scott Koschwitz

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Brian Daniels

Defendants Counsel: Ann Marie Catino, Christopher McCormack, Gian-Matthew Ranelli, William Pliska

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing
☐ (fairhrg.) Fairness Hearing
☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☒ #213 Motion to Compel — ☒ advisement
☒ #227 Motion for Order — ☒ advisement
☒ #235 Motion for Ext. of Time — ☒ advisement
☒ #238 Motion for Ext. of Time — ☒ advisement
☒ #239 Motion for Ext. of Time — ☒ advisement