UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC. | : : : : |
| v. | : CIV. NO. 3:00CV1698 (WWE) : |
| UNITED STATES STEEL CORP. Defendant/Third-Party Plaintiff | : : : : |
| v. | : : |
| NORTHEAST WASTE SYSTEMS, INC., ET AL Third-Party Defendants | : : : : : |

RULING ON PENDING MOTIONS

USS's Motion for Extension of Time **[Doc. #235]** is **GRANTED** nunc pro tunc.

FPS Harbour Holdings, Inc.'s Motion for Extension of Time **[Doc. #238]** is **GRANTED**.

Blakeslee Arpaia Chapman, Inc.'s Motion for Extension of Time **[Doc. #239]** is **GRANTED**.

SO ORDERED at Bridgeport this 5th day of November 2003.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE