**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC. | : | 3:00CV1698 (WWE) |
| | : | |
| v. | : | |
| | : | |
| USS CORPORATION, et al. | : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

\_\_\_\_ A ruling on the following motion which is currently pending (orefm.):

**XXX** A settlement conference (orefmisc./cnf)

\_\_\_ A scheduling conference (orefmisc/cnf)

\_\_\_\_ Other: A hearing to show cause(orefmisc./misc)

SO ORDERED this \_\_\_\_ day of November, 2003, at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton, Senior U.S.D.J.