UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 9, 2004

10:00 a.m. - 5:00 p.m.

*Held 7 hours* [handwritten]

CASE NO. **3:00cv1698 (WWE)**    **Coastline Terminals vs. U.S. Steel Corp., et al**

John R. Bashaw
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746


Ann Marie Catino
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Brian P. Daniels
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746


Richard Michael Fil
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597


Scott N. Koschwitz
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277


Eric Lukingbeal
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Christopher P. McCormack
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


David J. Monz
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church St.
New Haven, CT 06510

Gian-Matthew Ranelli
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819


William O. Riiska
3 Farnam Rd., PO Box 1340
Lakeville, CT 06039


Joseph A. Rosenthal
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church St.
New Haven, CT 06510


Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832


Matthew A. Sokol
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


Laurie R. Steinberg
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Joseph P. Williams
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

                                            BY ORDER OF THE COURT
                                            KEVIN F. ROWE, CLERK