UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        :
COASTLINE TERMINALS OF                  :   CIVIL ACTION NO.
CONNECTICUT, INC.,                      :   3:00CV01698 (WWE)
    Plaintiff,                          :
                                        :
    v.                                  :
                                        :
UNITED STATES STEEL CORPORATION,        :
    Defendant,                          :
                                        :
    v.                                  :
                                        :
NORTHEAST WASTE SYSTEMS, INC., ET AL.,  :   JANUARY 27, 2004
    Third-Party Defendants.             :
_____  :

**JOINT MOTION OF PLAINTIFF, COASTLINE TERMINALS OF CONNECTICUT, INC. AND DEFENDANT U.S. STEEL CORPORATION REGARDING THE SCHEDULING OF THE FACT DEPOSITION OF CHRISTOPHER MARCHESI**

    Plaintiff, Coastline Terminals of Connecticut, Inc. ("Coastline"), and Defendant United States Steel Corporation ("USS"), formerly known as USX Corporation, respectfully file this joint motion to request leave of the Court to reschedule the fact deposition of Christopher Marchesi of Triton Environmental, Inc.

**ORAL ARGUMENT NOT REQUESTED**

350964v2

The Court's December 2, 2003 Discovery Ruling required Coastline to either disclose Mr. Marchesi as an expert witness by December 10, 2003 or produce Mr. Marchesi for a fact deposition by USS during the first week of January 2004.

Although the Court signed the Discovery Ruling on December 2, 2003, the Discovery Ruling was not filed until December 4, 2003 and not entered until December 12, 2003. Coastline received notice of the Discovery Ruling on Monday, December 15, 2003. In consideration that the deadline to disclose Mr. Marchesi had passed, counsel for Coastline and USS agreed that Coastline would either disclose Mr. Marchesi as an expert witness by December 31, 2003 or produce Mr. Marchesi for a fact deposition by January 30, 2004. During a telephone conference on December 18, 2003, counsel agreed that Coastline would produce Mr. Marchesi for a fact deposition during the week of January 26, 2004. Attorney David Monz, representing Coastline, notified the Court of these developments by letter dated December 19, 2003.

Coastline, USS, and the third party defendants participated in a settlement conference on January 9, 2004 with United States Magistrate Judge Garfinkel. Although the settlement conference did not yield a settlement between Coastline and USS, they are encouraged by the prospect of settlement and wish to pursue further discussions. Coastline and USS have tentatively scheduled a second settlement conference with Judge Garfinkel on Monday, February 9 at 2:30 p.m., and are awaiting confirmations of attendance by the third part defendants.

While the prospect of settlement exists, Coastline and USS wish to avoid any additional costs of litigation. Accordingly, they have agreed that Coastline will respond to USS's January 9, 2004 offer of settlement by Friday, February 6, 2004. They have further agreed that if they do not forge a settlement by Friday, February 13, 2004, USS will take the fact deposition of Christopher Marchesi no later than Friday, February 27, 2004.

Coastline and USS therefore respectfully request leave of the Court to reschedule the deposition of Christopher Marchesi for no later than Friday, February 27, 2004, should their settlement discussions fail to yield a settlement.

        Respectfully submitted,

        PLAINTIFF,
        COASTLINE TERMINALS OF CONNECTICUT, INC.

BY:_____
        DAVID J. MONZ, ESQ.
        Federal Bar No. ct07061
        SCOTT N. KOSCHWITZ, ESQ.
        Federal Bar No. ct23684
        UPDIKE, KELLY & SPELLACY, P.C.
        265 Church Street, 10th Floor
        One Century Tower
        New Haven, Connecticut 06510
        Telephone: (203) 786-8300
        Facsimile: (203) 772-2037

DEFENDANT,
UNITED STATES STEEL CORPORATION


BY:_____
    BRIAN P. DANIELS, ESQ.
    Federal Bar Number ct11863
    Brenner, Saltzman & Wallman LLP
    271 Whitney Avenue
    P.O. Box 1746
    New Haven, CT 06507-1746
    Telephone:  (203) 772-2600
    Facsimile:  (203) 562-2098

    Signed on behalf of Brian P. Daniels, Esq. by
    SCOTT N. KOSCHWITZ, ESQ.
    Federal Bar No. ct23684, as authorized by
    Brian P. Daniels, Esq.

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 27th day of January, 2004 to the following counsel of record:

| | |
|---|---|
| Chambers of the Honorable Holly B. Fitzsimmons<br>915 Lafayette Boulevard<br>Bridgeport, CT 06604 | Ann M. Catino, Esq.<br>Laurie R. Steinberg, Esq.<br>Halloran & Sage LLP<br>225 Asylum Street<br>Hartford, CT 06106 |
| William Riiska, Esq.<br>P.O. Box 1340<br>3 Farnam Road<br>Lakeville, CT 06039 | |
| Joseph P. Williams, Esq.<br>Matthew Ranelli, Esq.<br>Shipman & Goodwin LLP<br>One American Row<br>Hartford, CT 06103-2819 | Eric Lukingbeal, Esq.<br>Richard Fil, Esq.<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 |
| Alan G. Schwartz, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06508-1832 | Christopher P. McCormack, Esq.<br>Matthew A. Sokol, Esq.<br>Tyler, Cooper & Alcorn<br>205 Church Street, P.O. Box 1936<br>New Haven, CT 06509-1910 |

_____
SCOTT N. KOSCHWITZ, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.