UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 30 P 4:44
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC. | : |
| v. | : CIV. NO. 3:00CV1698 (WWE) |
| UNITED STATES STEEL CORP. Defendant/Third-Party Plaintiff | : |
| v. | : |
| NORTHEAST WASTE SYSTEMS, INC., ET AL Third-Party Defendants | : |

RULING ON JOINT MOTION

Joint Motion by Coastline Terminals of Connecticut, Inc. and U.S. Steel Corporation **[Doc. #255]** to reschedule the fact deposition of Christopher Marchesi is **GRANTED** to February 27, 2004.

SO ORDERED at Bridgeport this 30 day of January 2004

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE