#355

FILED
2004 JAN 30 P 1:37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC., <br> Plaintiff, | CIVIL ACTION NO. <br> 3:00CV01698 (WWE) <br> |
| v. | |
| UNITED STATES STEEL CORPORATION, <br> Defendant, | |
| v. | |
| NORTHEAST WASTE SYSTEMS, INC., ET AL., <br> Third-Party Defendants. | JANUARY 27, 2004 |

Motion GRANTED
Senior United States District Judge

### JOINT MOTION OF PLAINTIFF, COASTLINE TERMINALS OF CONNECTICUT, INC. AND DEFENDANT U.S. STEEL CORPORATION REGARDING THE SCHEDULING OF THE FACT DEPOSITION OF CHRISTOPHER MARCHESI

Plaintiff, Coastline Terminals of Connecticut, Inc. ("Coastline"), and Defendant United States Steel Corporation ("USS"), formerly known as USX Corporation, respectfully file this joint motion to request leave of the Court to reschedule the fact deposition of Christopher Marchesi of Triton Environmental, Inc.

**ORAL ARGUMENT NOT REQUESTED**

350964v2