UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC., : Plaintiff, : : v. : : UNITED STATES STEEL CORPORATION, : Defendant/Third-Party Plaintiff, : : v. : : NORTHEAST WASTE SYSTEMS, INC., : WASTE MANAGEMENT OF : CONNECTICUT, INC., : FPS HARBOUR HOLDINGS, INC., : BLAKESLEE ARPAIA : CHAPMAN, INC., WHITE OAK : CORPORATION, NEW HAVEN : TERMINAL, INC., and : LOGISTEC CONNECTICUT, INC., : : Third-Party Defendants. : | CIVIL ACTION NO. 3:00CV1698 (WWE) FEBRUARY 18, 2004 |

**UNITED STATES STEEL CORPORATION'S MOTION FOR ORDER RE: COASTLINE TERMINALS OF CONNECTICUT, INC.'S AND NEW HAVEN TERMINAL, INC.'S FAILURE TO COMPLY WITH DISCOVERY ORDER**

Defendant United States Steel Corporation ("USS") hereby moves, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for relief due to the failure by Plaintiff Coastline Terminals of Connecticut, Inc. ("Coastline") and Third-Party/Apportionment Defendant New Haven Terminal, Inc. ("NHT") to comply with this Court's (Fitzsimmons, U.S.M.J.) December 2, 2003 Ruling on Pending Discovery Matters. In short, Coastline and NHT have

**ORAL ARGUMENT REQUESTED.**
**TESTIMONY MAY BE REQUIRED.**

failed to disclose as ordered (i) information concerning communications with USS former employees and (ii) information concerning certain historic environmental conditions at the subject property (the "Site"), including previously remediated conditions, contaminated woodchip piles, and the spreading of mulch over portions of the Site.[1]  As more specifically set forth in the memorandum of law submitted simultaneously herewith and in support hereof, USS requests that this Court enter an order (i) prohibiting the introduction into evidence (including the reliance thereon by any expert witnesses) of any of the responsive information concerning USS's former employees, (ii) taking certain facts regarding the contaminated woodchip piles and mulch to be established for the purposes of this action, and (iii) awarding USS its reasonable expenses of this Motion, including attorneys' fees.[2]

UNITED STATES STEEL CORPORATION

By: *s/Brian P. Daniels*
Brian P. Daniels (ct 11863)
John R. Bashaw (ct 15612)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600

---

[1] Undersigned counsel's good faith efforts to resolve these long outstanding discovery issues have been documented in connection with those earlier USS motions to compel which resulted, inter alia, in the entry of the December 2, 2003 Ruling.

[2] This Court, at page 6 of its aforesaid December 2, 2003 Ruling, already has reserved on the question of USS's attorneys' fees with respect to Coastline's and NHT's continued failure to disclose information with respect to historic environmental conditions at the Site.  To the extent this Court does find that an award of attorneys' fees in connection with that Ruling and/or as a result of this Motion is appropriate, USS will submit a supporting affidavit within any period of time ordered by the Court.

## **CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing was served via United States first-class mail, postage prepaid, this 18th day of February, 2004 upon:

| | |
|---|---|
| David J. Monz, Esq.<br>Scott N. Koschwitz, Esq.<br>Updike, Kelly and Spellacy, P.C.<br>265 Church Street<br>One Century Tower<br>New Haven, CT  06510<br>Counsel for Plaintiff and for New Haven<br>   Terminal, Inc. | Alan G. Schwartz, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street<br>New Haven, CT  06508-1832<br>Counsel for New Haven Terminal, Inc. |
| Joseph P. Williams, Esq.<br>Matthew Ranelli, Esq.<br>Shipman & Goodwin LLP<br>One American Road<br>Hartford, CT  06103-2819<br>Counsel for Waste Management of<br>   Connecticut, Inc. and for<br>   Northeast Waste Systems, Inc. | Ann M. Catino, Esq.<br>Laurie R. Steinberg, Esq.<br>Halloran & Sage LLP<br>225 Asylum Street<br>Hartford, CT  06103-4303<br>Counsel for Blakeslee Arpaia Chapman, Inc. |
| Eric Lukingbeal, Esq.<br>Richard M. Fil, Esq.<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br>Counsel for FPS Harbour Holdings, Inc. | Christopher P. McCormack, Esq.<br>Matthew A. Sokol, Esq.<br>Tyler, Cooper & Alcorn<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT  06509-1910<br>Counsel for Logistec Connecticut, Inc. |

William Riiska, Esq.
P.O. Box 1340
3 Farnam Road
Lakeville, CT  06039
Counsel for FPS Harbour Holdings, Inc.

 

    *s/Brian P. Daniels*
    Brian P. Daniels (ct 11863)

805668.doc