UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC., <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES STEEL CORPORATION, <br>     Defendant/Third-Party Plaintiff, <br><br> v. <br><br> NORTHEAST WASTE SYSTEMS, INC., <br> WASTE MANAGEMENT OF CONNECTICUT, INC., <br> FPS HARBOUR HOLDINGS, INC., <br> BLAKESLEE ARPAIA CHAPMAN, INC., WHITE OAK CORPORATION, NEW HAVEN TERMINAL, INC., and LOGISTEC CONNECTICUT, INC., <br><br>     Third-Party Defendants. | CIVIL ACTION NO. <br> 3:00CV1698 (WWE) <br><br><br><br><br><br><br><br> FEBRUARY 18, 2004 |

## NOTICE OF MANUAL FILING

Please take note that the following exhibits to United States Steel Corporation's Memorandum of Law in Support of Motion for Order Re: Coastline Terminals of Connecticut, Inc.'s and New Haven Terminal, Inc.'s Failure To Comply With Discovery Order are hereby being filed manually with regard to the above-referenced matter:

| Exhibit | Description |
|---|---|
| A. | December 2, 2003 Ruling on Pending Discovery Matters |

| | |
|---|---|
| B. | Plaintiff Coastline's Response to Interrogatories 2, 3 and 5 of USX Corporation's Fourth Set of Discovery Requests Dated December 31, 2003 |
| C. | New Haven Terminal, Inc.'s Fourth Supplemental Response to USX Corporation's Second Set of Discovery Requests and Response to Interrogatories 2, 3 and 5 of USX Corporation's Fourth Set of Discovery Requests Dated December 31, 2003 |
| D. | May 8, 2003 Ruling on USS's Motion for Order |
| E. | August 18, 2003 Discovery Ruling |
| F. | February 18, 1994 NHT Memorandum<br>November 9, 1998 Triton Letter to Coastline<br>Triton 2000 Summary<br>February 24, 2000 Triton Fax Transmittal to Coastline<br>May 2, 2003 Triton Fax Transmittal<br>May 27, 2003 Triton Letter to Coastline<br>Coastline's October 6, 2003 Objection to USS's Motion for Order As To Woodchip Removal |
| G. | Ruggiero v. Waterbury Day Nursery, 1999 U.S. Dist. LEXIS 18935 (D.Conn. 1999) |
| H. | J-Square Marketing, Inc. v. Sipex Corp., 1999 U.S. Dist. LEXIS 12395 (D.Conn. 1999) |
| I. | Saudi v. Valmet-Appleton, Inc., 2003 U.S. Dist. LEXIS 22728 (E.D. Wis. 2003) |

UNITED STATES STEEL CORPORATION

By: *s/Brian P. Daniels*
    Brian P. Daniels (ct 11863)
    John R. Bashaw (ct 15612)
    BRENNER, SALTZMAN & WALLMAN LLP
    Its Attorneys
    271 Whitney Avenue
    New Haven, CT 06511
    Tel. (203) 772-2600

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing was served via United States first-class mail, postage prepaid, this 18th day of February, 2004 upon:

| | |
|---|---|
| David J. Monz, Esq.<br>Scott N. Koschwitz, Esq.<br>Updike, Kelly and Spellacy, P.C.<br>265 Church Street<br>One Century Tower<br>New Haven, CT  06510<br>Counsel for Plaintiff and for New Haven<br>    Terminal, Inc. | Alan G. Schwartz, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street<br>New Haven, CT  06508-1832<br>Counsel for New Haven Terminal, Inc. |
| Joseph P. Williams, Esq.<br>Matthew Ranelli, Esq.<br>Shipman & Goodwin LLP<br>One American Road<br>Hartford, CT  06103-2819<br>Counsel for Waste Management of<br>    Connecticut, Inc. and for<br>    Northeast Waste Systems, Inc. | Ann M. Catino, Esq.<br>Laurie R. Steinberg, Esq.<br>Halloran & Sage LLP<br>225 Asylum Street<br>Hartford, CT  06103-4303<br>Counsel for Blakeslee Arpaia Chapman, Inc. |
| Eric Lukingbeal, Esq.<br>Richard M. Fil, Esq.<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br>Counsel for FPS Harbour Holdings, Inc. | Christopher P. McCormack, Esq.<br>Matthew A. Sokol, Esq.<br>Tyler, Cooper & Alcorn<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT  06509-1910<br>Counsel for Logistec Connecticut, Inc. |

William Riiska, Esq.
P.O. Box 1340
3 Farnam Road
Lakeville, CT  06039
Counsel for FPS Harbour Holdings, Inc.

                                      *s/Brian P. Daniels*
                                      Brian P. Daniels (ct 11863)

805653.doc