UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| COASTLINE TERMINALS | : | 3:00cv1698 WWE |
| | : | |
| v. | : | |
| | : | |
| US STEEL CORP. | : | |

2004 MAR -4 P 2: 14

US DISTRICT COURT
BRIDGEPORT CT

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

XXX  A ruling on the following motion which is currently pending (orefm.):

**MOTION FOR FAILURE TO COMPLY (#259)**

\_\_\_\_ A settlement conference (orefmisc./cnf):

\_\_\_\_ A scheduling conference (orefmisc/cnf):

\_\_\_\_ Other: A hearing to show cause (orefmisc./misc):

SO ORDERED this 4th day of February, 2004, at Bridgeport, Connecticut.

_____
Warren W. Eginton, Senior U.S.D.J.