HONORABLE _Fitzsimmons_

CT/cvmhrg (January 10, 2002)

DEPUTY CLERK _Kolesnikoff_    RPTR/FTR/TAPE _Baldwin_

TOTAL TIME: ___ hours **30** minutes

DATE _3/18/04_    START TIME _11:10_    END TIME _11:40_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Coastline_

vs.

_US Steel_

CIVIL NO. _3:00cv1698WWE_

§
§
§
§
§

_Scott Keschwitz_
~~Plaintiffs' Counsel~~
Plaintiffs' Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Brian Daniels_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | Dft. #259 | Motion _for Order for failure to Comply_ | ☐ granted | ☐ denied | ☒ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ ........ ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | | filed | docketed |
|---|---|---|---|---|
| ☐ | ........ | _____ | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | ☐ filed | ☐ docketed |
| ☐ | ........ | Hearing continued until _____ at _____ | | |