UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC.,<br>    Plaintiff, | CIVIL ACTION NO.<br>300CV01698(WWE) |
| v. | |
| USX CORPORATION,<br>    Defendant, | |
| v. | |
| NORTHEAST WASTE SYSTEMS, INC.,<br>NEW HAVEN TERMINAL, INC., et al.<br>    Third-Party Defendants | MARCH 26, 2004 |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

    **The Plaintiff, Coastline Terminals of Connecticut, Inc. and Third-Party Defendant New Haven Terminal, Inc.**

March 26, 2004
Date

ct 17521
Connecticut Federal Bar Number

*/s/ Richard M. Dighello, Jr.*
Signature

Richard M. Dighello, Jr.
Print Clearly or Type Name

291166

- 2 -

| | |
|---|---|
| (860) 548-2600 | Updike, Kelly & Spellacy, P.C. |
| Telephone Number | Firm Name |
| (860) 548-2680 | One State Street, P.O. Box 231277 |
| Fax Number | Address |
| rdighello@uks.com | Hartford, CT  06123-1277 |
| E-mail Address | |

- 2 -

291166

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 26th day of March, 2004, to the following counsel of record:

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Michelle Goglia, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, Connecticut 06507-1746

Ann M. Catino, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, Connecticut 06106

Joseph P. Williams, Esq.
Matthew Ranelli, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, Connecticut 06103-2819

Eric Lukingbeal, Esq.
Richard Fil, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597

Alan G. Schwartz, Esq.
Wiggin & Dana
One Century Tower
265 Church Street
New Haven, Connecticut 06508-1832

Christopher P. McCormack, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn
205 Church Street, P.O. Box 1936
New Haven, Connecticut 06509-1910

White Oak Corporation
7 West Main Street
Plainville, CT 06062

                                                RICHARD M. DIGHELLO, JR.
                                                UPDIKE, KELLY & SPELLACY, P.C.

291166