UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC., : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 3:00CV1698 (WWE) |
| UNITED STATES STEEL CORPORATION, : | |
| Defendant/Third-Party Plaintiff, : | |
| : | |
| v. : | |
| : | |
| NORTHEAST WASTE SYSTEMS, INC., : | |
| WASTE MANAGEMENT OF : | |
| CONNECTICUT, INC., : | |
| FPS HARBOUR HOLDINGS, INC., : | |
| BLAKESLEE ARPAIA : | |
| CHAPMAN, INC., WHITE OAK : | |
| CORPORATION, NEW HAVEN : | APRIL 20, 2004 |
| TERMINAL, INC., and : | |
| LOGISTEC CONNECTICUT, INC., : | |
| : | |
| Third-Party Defendants. : | |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MARCH 24, 2004 AWARD OF ATTORNEYS' FEES

By its March 24, 2004 Ruling on Motion for Order, this Court (Fitzsimmons, U.S.M.J.) ordered Plaintiff Coastline Terminals of Connecticut, Inc. ("Coastline") and Third-Party Defendant New Haven Terminal, Inc. ("NHT") to pay Defendant United States Steel Corporation ("USS") $10,000 of attorneys' fees incurred by USS in connection with various discovery-related motions. More specifically, that attorneys' fee award related to USS obtaining (i) the Court's December 2, 2003 Ruling on Pending Discovery Matters (in which the Court, at that time, reserved on the issue of

attorneys' fees) and (ii) the aforesaid March 24, 2004 Ruling. By their Objection dated April 12, 2004, Coastline and NHT now have objected to that award only on the grounds that USS allegedly failed to specifically document the exact attorneys' time spent in connection with obtaining such orders. Coastline and NHT further ask this Court to require USS to provide such documentation. For the following two reasons, the award of $10,000 in attorneys' fees should be affirmed.

First, contrary to the arguments of Coastline and NHT, sufficient information was provided to the Court at the most recent March 18, 2004 oral argument for the Court to calculate the subject attorneys' fees. Specifically, undersigned counsel stated that his hourly billing rate was $265 through December 31, 2003 and $275 effective January 1, 2004. Further, the Court was personally familiar with the various pleadings, telephone conferences, letters, and oral arguments which occurred in connection with the subject fee request. As importantly, counsel for Coastline and NHT present at the March 18, 2004 oral argument did not raise any objection as to the sufficiency of the information provided to the Court. Accordingly, even without any further submission, the Court's fee award should be affirmed.

Second, and in any event, undersigned counsel hereby certifies that the following efforts were expended in obtaining the above-referenced December 2, 2003 and March 24, 2004 rulings, with the only two attorneys referenced below being Attorney Brian P. Daniels ("BPD"), a partner and lead counsel, and Attorney Michelle S. Goglia ("MSG"), an associate also working on this matter:

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | | | |
| 9/18/03 | BPD | Drafting discovery letters to court; motion re: woodchip removal; supplemental memo re: Coastline's interviews with former USS employees | 5.50 | $1,475.50 |
| 9/19/03 | BPD | Finalize/file discovery letters to court; motion re: woodchips; supplemental memo re: Coastline's interviews with former USS employees | 4.25 | $1,126.25 |

2

| 9/23/03 | BPD | Telephone calls with Coastline/NHT counsel, court clerk re: briefing/hearing schedule; telephone conference with Coastline/NHT counsel and U.S.M.J. Fitzsimmons re: same | 1.00 | $265.00 |
|---|---|---|---|---|
| 10/1/03 | BPD | Review Coastline's brief re: former USS employee interviews/NHT discovery response; letter to Court re: oral argument | 0.50 | $132.50 |
| 10/9/03 | BPD | Letter to Court re: woodchips/discovery requests re: same; reply memo re: woodchip sampling | 3.50 | $927.50 |
| 10/10/03 | BPD | Drafting reply memo re: woodchip sampling | 0.50 | $132.50 |
| 11/11/03 | BPD | Prep for 11/12/03 discovery calendar/argument; outlines re: same; telephone conference with client re: same | 2.00 | $530.00 |
| 11/12/03 | BPD | Prep for/attend discovery calendar oral argument | 6.00 | $1,590.00 |
| 1/10/04 | BPD | Drafting motion for order; exhibits re: same | 5.00 | $1,375.00 |
| 1/10/04 | MSG | Research re: FRCP 37; office conference with BPD; drafting memo re: same | 5.00 | $750.00 |
| 1/12/04 | BPD | Researching/drafting motion for order; telephone conference with client re: same | 5.00 | $1,375.00 |
| 2/18/04 | BPD | Finalize/file motion/memo re: discovery sanctions | 1.00 | $275.00 |
| 3/18/04 | BPD | Oral argument re: motion for order | 3.00 | $825.00 |
| | | **TOTAL:** | 42.25 | **$10,779.25** |

Accordingly, USS actually incurred attorneys' fees in excess of the $10,000 awarded, also exclusive of the expense of preparing the instant supplemental memorandum.

In light of the above, the Court's March 24, 2004 award of $10,000 in attorneys' fees to USS should be affirmed.

                        UNITED STATES STEEL CORPORATION

By: s/*Brian P. Daniels*
     Brian P. Daniels (ct11863)
     John R. Bashaw (ct15612)
     BRENNER, SALTZMAN & WALLMAN LLP
     Its Attorneys
     271 Whitney Avenue
     New Haven, CT 06511
     Tel. (203) 772-2600

## **CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing was served via United States first-class mail, postage prepaid, this 20th day of April, 2004 upon:

David J. Monz, Esq.
Scott N. Koschwitz, Esq.
Richard M. Dighello, Jr., Esq.
Updike, Kelly and Spellacy, P.C.
265 Church Street
New Haven, CT  06510
Counsel for Plaintiff and for New Haven
 Terminal, Inc.

Alan G. Schwartz, Esq.
Wiggin & Dana
One Century Tower
265 Church Street
New Haven, CT  06508-1832
Counsel for New Haven Terminal, Inc.

Joseph P. Williams, Esq.
Matthew Ranelli, Esq.
Shipman & Goodwin LLP
One American Road
Hartford, CT  06103-2819
Counsel for Waste Management of
 Connecticut, Inc. and for
 Northeast Waste Systems, Inc.

Ann M. Catino, Esq.
Laurie R. Steinberg, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT  06103-4303
Counsel for Blakeslee Arpaia Chapman, Inc.

Eric Lukingbeal, Esq.
Richard M. Fil, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597
Counsel for FPS Harbour Holdings, Inc.

Christopher P. McCormack, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910
Counsel for Logistec Connecticut, Inc.

William Riiska, Esq.
P.O. Box 1340
3 Farnam Road
Lakeville, CT  06039
Counsel for FPS Harbour Holdings, Inc.

s/***Brian P. Daniels***
Brian P. Daniels (ct11863)

831324.doc