UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 20  P 12: 43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC.,<br>Plaintiff, | |
| v. | CIVIL ACTION NO.<br>3:00CV1698 (WWE) |
| UNITED STATES STEEL CORPORATION,<br>Defendant/Third-Party Plaintiff, | |
| v. | |
| NORTHEAST WASTE SYSTEMS, INC., WASTE MANAGEMENT OF CONNECTICUT, INC., FPS HARBOUR HOLDINGS, INC., BLAKESLEE ARPAIA CHAPMAN, INC., WHITE OAK CORPORATION, NEW HAVEN TERMINAL, INC., and LOGISTEC CONNECTICUT, INC.,<br>Third-Party Defendants. | APRIL 13, 2004 |

## STIPULATION OF DIMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Third-Party/Apportionment Plaintiff United States Steel Corporation, on the one hand, and Third Party/Apportionment Defendants Waste Management of Connecticut, Inc., Northeast Waste Systems, Inc. and FPS Harbour Holdings, Inc. on the other, hereby stipulate to a dismissal of any and all claims asserted between them in the above-captioned action, with prejudice and without costs or attorneys' fees.

THIRD PARTY/APPORTIONMENT PLAINTIFF
UNITED STATES STEEL CORPORATION

By: _____
Brian P. Daniels (ct11863)
John R. Bashaw (ct15612)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600

THIRD PARTY/APPORTIONMENT DEFENDANTS
WASTE MANAGEMENT OF CONNECTICUT, INC.
AND NORTHEAST WASTE SYSTEMS, INC.

By: _____
Joseph P. Williams, Esq.  (ct14809)
Matthew Ranelli, Esq.
Shipman & Goodwin LLP
One American Road
Hartford, CT 06103-2819


THIRD PARTY APPORTIONMENT DEFENDANT
FPS HARBOUR HOLDINGS, INC.

By: _____
William Riiska, Esq.
P.O. Box 1340
3 Farnam Road
Lakeville, CT 06039

2

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was served via United States first-class mail, postage prepaid, this 19th day of April, 2004 upon:

David J. Monz, Esq.
Scott N. Koschwitz, Esq.
Updike, Kelly and Spellacy, P.C.
265 Church Street
One Century Tower
New Haven, CT 06510
Counsel for Plaintiff and for New Haven
  Terminal, Inc.

Alan G. Schwartz, Esq.
Wiggin & Dana
One Century Tower
265 Church Street
New Haven, CT 06508-1832
Counsel for New Haven Terminal, Inc.

Joseph P. Williams, Esq.
Matthew Ranelli, Esq.
Shipman & Goodwin LLP
One American Road
Hartford, CT 06103-2819
Counsel for Waste Management of
  Connecticut, Inc. and for
  Northeast Waste Systems, Inc.

Ann M. Catino, Esq.
Laurie R. Steinberg, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303
Counsel for Blakeslee Arpaia Chapman, Inc.

Eric Lukingbeal, Esq.
Richard M. Fil, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Counsel for FPS Harbour Holdings, Inc.

Christopher P. McCormack, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Counsel for Logistec Connecticut, Inc.

William Riiska, Esq.
P.O. Box 1340
3 Farnam Road
Lakeville, CT 06039
Counsel for FPS Harbour Holdings, Inc.

_____
John R. Bashaw (ct15612)

805668.doc