267

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 APR 20  P 12: 43

U.S. DISTRICT COURT
BRIDGEPORT, CONN

COASTLINE TERMINALS OF
CONNECTICUT, INC.,
     Plaintiff,

v.

UNITED STATES STEEL CORPORATION,
  Defendant/Third-Party Plaintiff,

v.

NORTHEAST WASTE SYSTEMS, INC.,
WASTE MANAGEMENT OF
CONNECTICUT, INC.,
FPS HARBOUR HOLDINGS, INC.,
BLAKESLEE ARPAIA
CHAPMAN, INC., WHITE OAK
CORPORATION, NEW HAVEN
TERMINAL, INC., and
LOGISTEC CONNECTICUT, INC.,

    Third-Party Defendants.

CIVIL ACTION NO.
3:00CV1698 (WWE)

APRIL 13, 2004

*APPROVED and SO ORDERED*
*Warren W. Eginton, Sr., USDJ*
*Bridgeport, CT*

## STIPULATION OF DIMISSAL

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Third-

Party/Apportionment Plaintiff United States Steel Corporation, on the one hand, and Third

Party/Apportionment Defendants Waste Management of Connecticut, Inc., Northeast Waste

Systems, Inc. and FPS Harbour Holdings, Inc. on the other, hereby stipulate to a dismissal of

any and all claims asserted between them in the above-captioned action, with prejudice and

without costs or attorneys' fees.

**FILED**
2004 APR 26  A 2: 03
U.S. DISTRICT COURT
BRIDGEPORT, CONN.