UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                              :
COASTLINE TERMINALS OF          :  CIVIL ACTION NO.
CONNECTICUT, INC.,                    :  3:00CV01698 (WWE)
    Plaintiff,                                   :
                                              :
    v.                                             :
                                              :
UNITED STATES STEEL CORPORATION,  :
    Defendant,                                :
                                              :
    v.                                             :
                                              :
NORTHEAST WASTE SYSTEMS, INC., ET AL.,  :  APRIL 30, 2004
    Third-Party Defendants.            :
_____:

**COMBINED MOTION OF PLAINTIFF, COASTLINE TERMINALS OF CONNECTICUT, INC., DEFENDANT U.S. STEEL CORPORATION, AND THIRD-PARTY DEFENDANTS NEW HAVEN TERMINAL, INC., BLAKESLEE ARPAIA CHAPMAN, INC., AND LOGISTEC CONNECTICUT, INC. REGARDING THE SCHEDULING OF THE DISCLOSURE OF EXPERT WITNESSES**

    Plaintiff, Coastline Terminals of Connecticut, Inc. ("Coastline"), Defendant United States Steel Corporation ("USS"), formerly known as USX Corporation, and Third-party Defendants New Haven Terminal, Inc., Blakeslee Arpaia Chapman, Inc., and Logistec Connecticut, Inc. (collectively, the "Parties") respectfully file this combined motion to request approval of their proposed schedule for disclosure of expert witnesses.

**ORAL ARGUMENT NOT REQUESTED**

361317

The Court's March 24, 2004 Ruling on Motion for Order provided that the Parties would propose a schedule for the disclosure of expert witnesses by April 30, 2004.

Accordingly, the Parties propose that Coastline will disclose its expert witnesses by July 30, 2004.  USS will disclose its expert witnesses by September 17, 2004.  Third-party Defendants New Haven Terminal, Inc., Blakeslee Arpaia Chapman, Inc., and Logistec Connecticut, Inc. will disclose their expert witnesses by November 1, 2004.

The Parties therefore respectfully request approval of their proposed schedule for the disclosure of expert witnesses.

        Respectfully submitted,

        PLAINTIFF,
        COASTLINE TERMINALS OF CONNECTICUT, INC.


        BY:_____
        DAVID J. MONZ, ESQ.
        Federal Bar No. ct07061
        SCOTT N. KOSCHWITZ, ESQ.
        Federal Bar No. ct23684
        UPDIKE, KELLY & SPELLACY, P.C.
        265 Church Street, 10th Floor
        One Century Tower
        New Haven, Connecticut  06510
        Telephone:  (203) 786-8300
        Facsimile:  (203) 772-2037

DEFENDANT,
UNITED STATES STEEL CORPORATION


BY:_____
    BRIAN P. DANIELS, ESQ.
    Federal Bar Number ct11863
    Brenner, Saltzman & Wallman LLP
    271 Whitney Avenue
    P.O. Box 1746
    New Haven, CT 06507-1746
    Telephone: (203) 772-2600
    Facsimile: (203) 562-2098

    Signed on behalf of Brian P. Daniels, Esq. by
    DAVID J. MONZ, ESQ.
    Federal Bar No. ct07061, as authorized by
    Brian P. Daniels, Esq.

                THIRD-PARTY DEFENDANT,
                NEW HAVEN TERMINAL, INC.


BY:_____
      DAVID J. MONZ, ESQ.
      Federal Bar No. ct07061
      SCOTT N. KOSCHWITZ, ESQ.
      Federal Bar No. ct23684
      UPDIKE, KELLY & SPELLACY, P.C.
      265 Church Street, 10th Floor
      One Century Tower
      New Haven, Connecticut  06510
      Telephone:  (203) 786-8300
      Facsimile:   (203) 772-2037

THIRD-PARTY DEFENDANT,
BLAKESLEE ARPAIA CHAPMAN, INC.


BY:_____
    ANN MARIE CATINO, ESQ.
    Federal Bar Number ct02747
    Halloran & Sage
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Telephone: (860) 297-4682
    Facsimile: (860) 548-0006

    Signed on behalf of Ann Marie Catino, Esq. by
    DAVID J. MONZ, ESQ.
    Federal Bar No. ct07061, as authorized by Ann
    Marie Catino, Esq.

>THIRD-PARTY DEFENDANT,
>LOGISTEC CONNECTICUT, INC.
>
>
>BY:_____
>    CHRISTOPHER P. MCCORMACK, ESQ.
>    Federal Bar Number ct03251
>    Tyler, Cooper & Alcorn
>    205 Church St., P.O. Box 1936
>    New Haven, CT 06509-1910
>    Telephone: (203) 784-8200
>    Facsimile: (203) 789-8069
>
>    Signed on behalf of Christopher P.
>    McCormack, Esq. by DAVID J. MONZ, ESQ.
>    Federal Bar No. ct07061, as authorized by
>    Christopher P. McCormack, Esq.

361317

## **ORDER**

The foregoing Motion having been duly considered by this Court, it is hereby

ORDERED:  GRANTED / DENIED.

               THE COURT

               _____

                Judge/Clerk

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 30th day of April, 2004 to the following:

Chambers of the Honorable Holly B. Fitzsimmons
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
 DAVID J. MONZ, ESQ.
 UPDIKE, KELLY & SPELLACY, P.C.