UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS<br>OF CONNECTICUT, INC.,<br>    Plaintiff,<br>v.<br><br>UNITED STATES STEEL CORPORATION,<br>    Defendant/Third-Party Plaintiff,<br>v.<br><br>NORTHEAST WASTE SYSTEMS, INC.,<br>WASTE MANAGEMENT OF CONNECTICUT, INC.,<br>FPS HARBOUR HOLDINGS, INC.,<br>BLAKESLEE ARPAIA CHAPMAN, INC.,<br>WHITE OAK CORPORATION,<br>NEW HAVEN TERMINAL, INC., and<br>LOGISTEC CONNECTICUT, INC.,<br>    Third-Party Defendants. | CIVIL ACTION NO.<br>300 CV01698 (WWE)<br><br><br><br><br><br><br><br><br><br><br><br><br>MAY 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Laurie R. Steinberg, respectfully requests that she be allowed to withdraw her appearance on behalf of the third-party defendant, Blakeslee Arpaia Chapman, Inc., in the above-captioned matter. In support of this Motion, undersigned counsel represents: that as of May 14, 2004, I will no longer be associated with the law firm of Halloran & Sage. Blakeslee Arpaia Chapman will continue to be represented by Ann M. Catino of Halloran & Sage LLP who has an appearance entered in this case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

          THIRD PARTY DEFENDANT
          BLAKESLEE ARPAIA CHAPMAN


          By_____
              Laurie R. Steinberg
              of HALLORAN & SAGE LLP
              One Goodwin Square
              225 Asylum Street
              Hartford, CT 06103
              Juris No. 24461
              Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

  This is to certify that on this 6th day of May, 2004, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| David J. Monz, Esq.<br>Updike, Kelly and Spellacy, P.C.<br>265 Church Street<br>One Century Tower<br>New Haven, CT 06510<br>Counsel for Plaintiff and for New Haven Terminal, Inc. | Alan G. Schwartz, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06508-1832<br>Counsel for New Haven Terminal, Inc. |
| Joseph P. Williams, Esq.<br>Matthew Ranelli, Esq.<br>Shipman & Goodwin LLP<br>One American Row<br>Hartford, CT 06103-2819<br>Counsel for Waste Management of Connecticut, Inc. and for Northeast Waste Systems, Inc. | Brian P. Daniels, Esq.<br>Brenner, Saltzman & Wallman LLP<br>271 Whitney Avenue<br>Post Office Box 1746<br>New Haven, CT 06507<br>Counsel for USS Steel Corporation |
| William Riiska, Esq.<br>3 Farnam Road<br>P.O. Box 1340<br>Lakeville, CT 06039<br>Counsel for FPS Harbor Holdings | Eric Lukingbeal, Esq.<br>Richard M. Fil, Esq.<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Counsel for FPS Harbour Holdings, Inc. |
| Christopher P. McCormack, Esq.<br>Tyler, Cooper & Alcorn<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-1910<br>Counsel for Logistec Connecticut, Inc. | |

                 _____
                 Laurie R. Steinberg

546591_1.DOC

- 3 –

One Goodwin Square    HALLORAN    Phone (860) 522-6103
225 Asylum Street    & SAGE LLP    Fax (860) 548-0006
Hartford, CT 06103        Juris No. 26105