UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC., : <br>       Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES STEEL CORPORATION, : <br>     Defendant/Third-Party Plaintiff, : <br> : <br> v. : <br> : <br> NORTHEAST WASTE SYSTEMS, INC., : <br> WASTE MANAGEMENT OF : <br> CONNECTICUT, INC., : <br> FPS HARBOUR HOLDINGS, INC., : <br> BLAKESLEE ARPAIA : <br> CHAPMAN, INC., WHITE OAK : <br> CORPORATION, NEW HAVEN : <br> TERMINAL, INC., and : <br> LOGISTEC CONNECTICUT, INC., : <br> : <br>     Third-Party Defendants. : | CIVIL ACTION NO. <br> 3:00CV1698 (WWE) <br><br><br><br><br><br><br><br><br> May 10, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel, Attorney Michelle S. Goglia of Brenner, Saltzman & Wallman, LLP, hereby moves this Court for permission to withdraw her appearance on behalf of Defendant United States Steel Corporation ("USS").  Attorneys Brian P. Daniels and John R. Bashaw, also of Brenner, Saltzman & Wallman LLP, continue to represent USS.

WHEREFORE, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

    UNITED STATES STEEL CORPORATION

By:    s/Michelle S. Goglia
Michelle S. Goglia (ct22397)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was served via United States first-class mail, postage prepaid, this 10th day of May, 2004 upon:

David J. Monz, Esq.
Scott N. Koschwitz, Esq.
Richard M. Dighello, Jr., Esq.
Updike, Kelly and Spellacy, P.C.
265 Church Street
New Haven, CT  06510
Counsel for Plaintiff and for New Haven
  Terminal, Inc.

Alan G. Schwartz, Esq.
Wiggin & Dana
One Century Tower
265 Church Street
New Haven, CT  06508-1832
Counsel for New Haven Terminal, Inc.

Joseph P. Williams, Esq.
Matthew Ranelli, Esq.
Shipman & Goodwin LLP
One American Road
Hartford, CT  06103-2819
Counsel for Waste Management of
  Connecticut, Inc. and for
  Northeast Waste Systems, Inc.

Ann M. Catino, Esq.
Laurie R. Steinberg, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT  06103-4303
Counsel for Blakeslee Arpaia Chapman, Inc.

Eric Lukingbeal, Esq.
Richard M. Fil, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597
Counsel for FPS Harbour Holdings, Inc.

Christopher P. McCormack, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910
Counsel for Logistec Connecticut, Inc.

William Riiska, Esq.
P.O. Box 1340
3 Farnam Road
Lakeville, CT  06039
Counsel for FPS Harbour Holdings, Inc.

    s/Michells S. Goglia
Michelle S. Goglia (ct22397)