**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY 12 P 12: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC., Plaintiff, | |
| v. | CIVIL ACTION NO. 3:00CV1698 (WWE) |
| UNITED STATES STEEL CORPORATION, Defendant/Third-Party Plaintiff, | |
| v. | |
| NORTHEAST WASTE SYSTEMS, INC., WASTE MANAGEMENT OF CONNECTICUT, INC., IPS HARBOUR HOLDINGS, INC., BLAKESLEE ARPAIA CHAPMAN, INC., WHITE OAK CORPORATION, NEW HAVEN TERMINAL, INC., and LOGISTEC CONNECTICUT, INC., Third-Party Defendants. | May 10, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel, Attorney Michelle S. Goglia of Brenner, Saltzman & Wallman, LLP, hereby moves this Court for permission to withdraw her appearance on behalf of Defendant United States Steel Corporation ("USS"). Attorneys Brian P. Daniels and John R. Bashaw, also of Brenner, Saltzman & Wallman LLP, continue to represent USS.

WARREN W. EGINTON
Senior United States District Judge
5-14-04

FILED 2004 MAY 14 P 3: 39
U.S. DISTRICT COURT
BRIDGEPORT, CONN

840381