UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COASTLINE TERMINALS OF
CONNECTICUT, INC.

v.

USS CORPORATION, et al.

3:00CV1698 (WWE)

FILED
2004 MAY 26  P 3:35
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Dispositive motions are due on December 15, 2004.

SO ORDERED this 26th day of May, 2004, at Bridgeport, Connecticut.

_____
Warren W. Eginton, Senior U.S.D.J.