FILED
2004 MAY 10 P 2: 16
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COASTLINE TERMINALS
OF CONNECTICUT, INC.,
    Plaintiff,
v.

CIVIL ACTION NO.
300 CV01698 (WWE)

UNITED STATES STEEL CORPORATION,
    Defendant/Third-Party Plaintiff,
v.

NORTHEAST WASTE SYSTEMS, INC.,
WASTE MANAGEMENT OF CONNECTICUT, INC.,
FPS HARBOUR HOLDINGS, INC.,
BLAKESLEE ARPAIA CHAPMAN, INC.,
WHITE OAK CORPORATION,
NEW HAVEN TERMINAL, INC., and
LOGISTEC CONNECTICUT, INC.,
    Third-Party Defendants.

MAY 6, 2004

Motion GRANTED.
WARREN W. EGINTON
Senior United States District Judge
5-24-04

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Laurie R. Steinberg, respectfully requests that she be allowed to withdraw her appearance on behalf of the third-party defendant, Blakeslee Arpaia Chapman, Inc., in the above-captioned matter. In support of this Motion, undersigned counsel represents: that as of May 14, 2004, I will no longer be associated with the law firm of Halloran & Sage. Blakeslee Arpaia Chapman will continue to be represented by Ann M. Catino of Halloran & Sage LLP who has an appearance entered in this case.

FILED 2004 MAY 5 12:20 U.S. DISTRICT COURT BRIDGEPORT, CONN

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105