UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 26 P 4:07
U.S. DISTRICT COURT
BRIDGEPORT, CONN

COASTLINE TERMINALS OF
CONNECTICUT, INC.
         :
         :
         :        CIV. NO. 3:00CV1698 (WWE)
         :
    ...TEEL CORP.     :
    ...-Party        :
         :
         :
         :
    ...SYSTEMS, INC., :
         :
    ...endants       :
         :

...ING ON USS'S MOTION FOR ORDER [Doc. #259]

...ent was held on March 18, 2004, to address United

...rporation's ("USS") motion for relief due to the

...tline Terminals of Connecticut, Inc.'s

...nd Third-Party/Apportionment defendant New Haven

...s ("NHT") to comply with this Court's December 2,

...pending discovery matters. [Doc. #259].

...ds that Coastline and NHT failed to disclose as

...ormation concerning communications with USS former

...(ii) information concerning certain historic

conditions at the subject property (the "Site"),

...iously remediated conditions, contaminated woodchip

piles, and the spreading of mulch over portions of the Site.  In

the first instance, Coastline failed to disclose <u>any</u> information

concerning communications with USS's former employees.  In

failing to provide a complete response to Interrogatory 1 of

After careful review, the ruling of the Magistrate Judge is found to be neither clearly erroneous nor contrary to law, and is hereby ADOPTED, RATIFIED, and AFFIRMED.

SO ORDERED this 19TH day of May, 2004.

FILED 2004 MAY 19 P 4:10 U.S. DISTRICT COURT BRIDGEPORT, CT

WARREN W. EGINTON, SENIOR U.S.D.J.