269

FILED

2004 JUN -MAY P 32: P 12: 40

U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC.,  Plaintiff, | CIVIL ACTION NO. 3:00CV01698 (WWE) |
| v. | |
| UNITED STATES STEEL CORPORATION,  Defendant, | |
| v. | |
| NORTHEAST WASTE SYSTEMS, INC., ET AL.,  Third-Party Defendants. | APRIL 30, 2004 |

### COMBINED MOTION OF PLAINTIFF, COASTLINE TERMINALS OF CONNECTICUT, INC., DEFENDANT U.S. STEEL CORPORATION, AND THIRD-PARTY DEFENDANTS NEW HAVEN TERMINAL, INC., BLAKESLEE ARPAIA CHAPMAN, INC., AND LOGISTEC CONNECTICUT, INC. REGARDING THE SCHEDULING OF THE DISCLOSURE OF EXPERT WITNESSES

Plaintiff, Coastline Terminals of Connecticut, Inc. ("Coastline"), Defendant United States

Steel Corporation ("USS"), formerly known as USX Corporation, and Third-party Defendants

New Haven Terminal, Inc., Blakeslee Arpaia Chapman, Inc., and Logistec Connecticut, Inc.

(collectively, the "Parties") respectfully file this combined motion to request approval of their

proposed schedule for disclosure of expert witnesses.

**ORAL ARGUMENT NOT REQUESTED**

361317

Motion GRANTED. It is SO ORDERED.

2004 JUN -2

U.S. DISTRICT COURT
BRIDGEPORT