UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS<br>OF CONNECTICUT, INC.,<br>    Plaintiff,<br>v.<br><br>UNITED STATES STEEL CORPORATION,<br>    Defendant/Third-Party Plaintiff,<br>v.<br><br>NORTHEAST WASTE SYSTEMS, INC., ET AL<br>    Third-Party Defendants. | CIVIL ACTION NO.<br>300 CV01698 (WWE)<br><br><br><br><br><br><br><br>June 14, 2004 |

## NOTICE OF APPEARANCE

Please enter my appearance as Attorney for the third-party defendant, Blakeslee Arpaia Chapman, Inc., in the above case.

                                    THE DEFENDANT
                                    Blakeslee Arpaia Chapman, Inc.


                                    By_____
                                      Thomas C. Blatchley of
                                      HALLORAN & SAGE LLP
                                      Federal Bar #ct25892
                                      One Goodwin Square
                                      225 Asylum Street
                                      Hartford, CT  06103
                                      (860) 522-6103
                                      Its Attorneys

-2-

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of June, 2004, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| David J. Monz, Esq.<br>Updike, Kelly and Spellacy, P.C.<br>265 Church Street<br>One Century Tower<br>New Haven, CT 06510<br>Counsel for Plaintiff and for New Haven Terminal, Inc. | Alan G. Schwartz, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06508-1832<br>Counsel for New Haven Terminal, Inc. |
| Christopher P. McCormack, Esq.<br>Tyler, Cooper & Alcorn<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-1910<br>Counsel for Logistec Connecticut, Inc. | Brian P. Daniels, Esq.<br>Brenner, Saltzman & Wallman LLP<br>271 Whitney Avenue<br>Post Office Box 1746<br>New Haven, CT  06507<br>Counsel for USS Steel Corporation |

_____
Thomas C. Blatchley