# United States District Court
## District of Connecticut

**FILED**

2004 JUL 29 A 11:07

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Coastline Terminals
*Plaintiff*
v.

US Steel Corp, et al
*Defendant*

Case No. 3:00-cv-1698 (WWE)

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

**✗** A ruling on the following motions which are currently pending: (orefm.)
**Doc# 280 Motion to Compel Responses to Interrogatories and requests for production by New Haven Terminal, Inc.**

____ A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)

SO ORDERED this __29th__ day of __July__, __2004__ at Bridgeport, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE