UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC., : Plaintiff, : : v. : : UNITED STATES STEEL CORPORATION, : Defendant/Third-Party Plaintiff, : : v. : : NORTHEAST WASTE SYSTEMS, INC., : WASTE MANAGEMENT OF CONNECTICUT, INC., : FPS HARBOUR HOLDINGS, INC., : BLAKESLEE ARPAIA CHAPMAN, INC., WHITE OAK : CORPORATION, NEW HAVEN TERMINAL, INC., and : LOGISTEC CONNECTICUT, INC., : : Third-Party Defendants. : | CIVIL ACTION NO. 3:00CV1698 (WWE) AUGUST 24, 2004 |

**DEFENDANT UNITED STATES STEEL CORPORATION'S
MOTION FOR EXTENSTION OF TIME TO DISCLOSE EXPERT WITNESSES**

Defendant United States Steel Corporation ("USS") hereby moves this Court for an extension of time to and including October 4, 2004 in which to disclose its expert witnesses. The current deadline for such disclosure is September 17, 2004. The remaining parties to this action now are scheduled to participate in a mediation session with United States Magistrate Judge William I. Garfinkel on September 2, 2004, and USS desires to devote its attention and resources in the short term to the possible resolution of the instant action.

Undersigned counsel has contacted Attorney David Monz, counsel for Plaintiff, and Attorney Monz consents to the granting of this motion. This is USS's first such motion for extension of time.

For the foregoing reasons, this motion should be granted.

UNITED STATES STEEL CORPORATION

By: *s/Brian P. Daniels*
Brian P. Daniels (ct11863)
John R. Bashaw (ct15612)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600

## **CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing was served via United States first-class mail, postage prepaid, this 24th day of August, 2004 upon:

| | |
|---|---|
| David J. Monz, Esq.<br>Scott N. Koschwitz, Esq.<br>Richard M. Dighello, Jr., Esq.<br>Updike, Kelly and Spellacy, P.C.<br>265 Church Street<br>New Haven, CT  06510<br>Counsel for Plaintiff and for New Haven<br>    Terminal, Inc. | Alan G. Schwartz, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street<br>New Haven, CT  06508-1832<br>Counsel for New Haven Terminal, Inc. |
| Christopher P. McCormack, Esq.<br>Matthew A. Sokol, Esq.<br>Tyler, Cooper & Alcorn<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT  06509-1910<br>Counsel for Logistec Connecticut, Inc. | Ann M. Catino, Esq.<br>Halloran & Sage LLP<br>225 Asylum Street<br>Hartford, CT  06103-4303<br>Counsel for Blakeslee Arpaia Chapman, Inc. |

*s/Brian P. Daniels*
Brian P. Daniels (ct11863)

881715.doc