**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**Hon. Holly B. Fitzsimmons**
**915 Lafayette Blvd.**
**Room 266**
**Bridgeport, CT 06604**

**NOTICE TO COUNSEL**
**RE UPCOMING DISCOVERY CALENDAR**

You have a motion scheduled to be heard on this Court's calendar.

You are directed to provide to the Court a letter, not to exceed two pages, double-spaced, which identifies and describes the issue(s) presented by this Motion, together with the relief sought, and the basis or rationale on which you seek this relief.

This letter should be delivered to chambers at or before 2 p.m. **three** days preceding the calendar, and telefaxed or hand-delivered to opposing counsel at the same time.

You are required to advise opposing counsel that he/she may submit a similar letter, describing the basis for opposition to the motion, and addressing the appropriateness of the relief sought.  That letter should also be filed and served on opposing counsel on or before 2 p.m. three days preceding the calendar.

Failure to submit the required letter may result in an unfavorable disposition of the pending motion.