UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC., <br>    Plaintiff, <br><br> v. <br><br> UNITED STATES STEEL CORPORATION, <br>    Defendant/Third-Party Plaintiff, <br><br> v. <br><br> NORTHEAST WASTE SYSTEMS, INC., WASTE MANAGEMENT OF CONNECTICUT, INC., FPS HARBOUR HOLDINGS, INC., BLAKESLEE ARPAIA CHAPMAN, INC., WHITE OAK CORPORATION, NEW HAVEN TERMINAL, INC., and LOGISTEC CONNECTICUT, INC., <br><br>    Third-Party Defendants. | CIVIL ACTION NO. <br> 3:00CV1698 (WWE) <br><br><br><br><br><br><br><br> FEBRUARY 1, 2005 |

**STIPULATION OF DIMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Third-Party/Apportionment Plaintiff United States Steel Corporation and Third Party/Apportionment Defendant Blakeslee Arpaia Chapman, Inc. hereby stipulate to a dismissal of any and all claims asserted between them in the above-captioned action, with prejudice and without costs or attorneys' fees.

THIRD PARTY/APPORTIONMENT PLAINTIFF
UNITED STATES STEEL CORPORATION


By: *s/Brian P. Daniels*
    Brian P. Daniels (ct11863)
    John R. Bashaw (ct15612)
    BRENNER, SALTZMAN & WALLMAN LLP
    Its Attorneys
    271 Whitney Avenue
    New Haven, CT 06511
    Tel. (203) 772-2600


THIRD PARTY/APPORTIONMENT DEFENDANT
BLAKESLEE ARPAIA CHAPMAN, INC.


By:
    Ann M. Catino, Esq.
    Halloran & Sage LLP
    225 Asylum Street
    Hartford, CT 06103-4303

## CERTIFICATION

      I hereby certify that a true and accurate copy of the foregoing was served via United States first-class mail, postage prepaid, this 1st day of February, 2005 upon:

| | |
|---|---|
| David J. Monz, Esq.<br>Scott N. Koschwitz, Esq.<br>Updike, Kelly and Spellacy, P.C.<br>265 Church Street<br>One Century Tower<br>New Haven, CT 06510<br>Counsel for Plaintiff and for New Haven<br>   Terminal, Inc. | Alan G. Schwartz, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06508-1832<br>Counsel for New Haven Terminal, Inc. |
| Christopher P. McCormack, Esq.<br>Matthew A. Sokol, Esq.<br>Tyler, Cooper & Alcorn<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-1910<br>Counsel for Logistec Connecticut, Inc. | Ann M. Catino, Esq.<br>Halloran & Sage LLP<br>225 Asylum Street<br>Hartford, CT 06103-4303<br>Counsel for Blakeslee Arpaia Chapman, Inc. |

                                                              *s/Brian P. Daniels*_____
                                                              Brian P. Daniels (ct11863)

932807.doc