FILED

2005 FEB 10 P 12: 09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC., Plaintiff, | |
| v. | CIVIL ACTION NO. 3:00cv1698 (WWE) |
| UNITED STATES STEEL CORPORATION, Defendant/Third-Party Plaintiff, | |
| v. | |
| NORTHEAST WASTE SYTEMS, INC., NEW HAVEN TERMINAL, INC., et al. Third-Party Defendants. | FEBRUARY 8, 2005 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Coastline Terminals of Connecticut, Defendant United States Steel Corporation (f/k/a USX Corporation) and Third-Party Defendant New Haven Terminal, Inc. hereby stipulate to a dismissal of any and all claims asserted in the above-captioned action, with prejudice and without costs or attorneys' fees.

388254

                                PLAINTIFF COASTLINE TERMINALS OF
                                CONNECTICUT, INC.

Dated: February 8, 2005        By: _____
                                        DAVID J. MONZ, ESQ.
                                        Federal Bar Number: ct07061
                                        Updike, Kelly & Spellacy, P.C.
                                        One Century Tower
                                        265 Church Street, 10th Floor
                                        New Haven, Connecticut 06510
                                        Telephone Number: (203) 786-8300
                                        E-mail: dmonz@uks.com


                                THIRD-PARTY DEFENDANT NEW HAVEN
                                TERMINAL, INC.

Dated: February 8, 2005        By: _____
                                          DAVID J. MONZ, ESQ.
                                        Federal Bar Number: ct07061
                                        Updike, Kelly & Spellacy, P.C.
                                        One Century Tower
                                        265 Church Street, 10th Floor
                                        New Haven, Connecticut 06510
                                        Telephone Number: (203) 786-8300
                                        E-mail: dmonz@uks.com

                                              DEFENDANT UNITED STATED STEEL CORPORATION

Dated: February ___, 2005        By: _____
                                              BRIAN P. DANIELS, ESQ.
                                              Federal Bar No. 11863
                                              Brenner, Saltzman & Wallman, LLP
                                              271 Whitney Avenue
                                              P.O. Box 1746
                                              New Haven, Connecticut 06507-1746
                                              E-mail: bpdaniels@BSWLAW.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been sent via U.S. mail, postage prepaid, this _8th_ day of February, 2005, to the following counsel of record:

Christopher P. McCormack, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn
205 Church Street, P.O. Box 1936
New Haven, Connecticut 06509-1910

Ann M. Catino, Esq.
Thomas C. Blatchley
Halloran & Sage LLP
225 Asylum Street
Hartford, Connecticut 06106

Alan G. Schwartz, Esq.
Wiggin & Dana
One Century Tower
265 Church Street
New Haven, Connecticut 06508-1832

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

_____
DAVID J. MONZ, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.

4