UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COASTLINE TERMINALS OF CONNECTICUT, INC., : Plaintiff, : : v. : UNITED STATES STEEL CORPORATION, : Defendant/Third-Party Plaintiff, : : v. : NORTHEAST WASTE SYSTEMS, INC., WASTE MANAGEMENT OF CONNECTICUT, INC., FPS HARBOUR HOLDINGS, INC., BLAKESLEE ARPAIA CHAPMAN, INC., WHITE OAK CORPORATION, NEW HAVEN TERMINAL, INC., and LOGISTEC CONNECTICUT, INC., : Third-Party Defendants. | CIVIL ACTION NO. 3:00CV1698 (WWE) FEBRUARY 8, 2005 |

**STIPULATION OF DIMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Third-Party/Apportionment Plaintiff United States Steel Corporation and Third Party/Apportionment Defendant Logistec Connecticut, Inc. hereby stipulate to a dismissal of any and all claims asserted between them in the above-captioned action, without prejudice and without costs or attorneys' fees.

THIRD PARTY/APPORTIONMENT PLAINTIFF
UNITED STATES STEEL CORPORATION


By: *s/Brian P. Daniels*
    Brian P. Daniels (ct11863)
    John R. Bashaw (ct15612)
    BRENNER, SALTZMAN & WALLMAN LLP
    Its Attorneys
    271 Whitney Avenue
    New Haven, CT 06511
    Tel. (203) 772-2600



THIRD PARTY/APPORTIONMENT DEFENDANT
LOGISTEC CONNECTICUT, INC.


By: *s/Matthew A. Sokol*
    Christopher P. McCormack, Esq.
    Matthew A. Sokol, Esq.
    Tyler, Cooper & Alcorn
    205 Church Street
    P.O. Box 1936
    New Haven, CT  06509-1910

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was served via United States first-class mail, postage prepaid, this 8th day of February, 2005 upon:

David J. Monz, Esq.
Scott N. Koschwitz, Esq.
Updike, Kelly and Spellacy, P.C.
265 Church Street
One Century Tower
New Haven, CT 06510
Counsel for Plaintiff and for New Haven
   Terminal, Inc.

Alan G. Schwartz, Esq.
Wiggin & Dana
One Century Tower
265 Church Street
New Haven, CT 06508-1832
Counsel for New Haven Terminal, Inc.

Christopher P. McCormack, Esq.
Matthew A. Sokol, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Counsel for Logistec Connecticut, Inc.

Ann M. Catino, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303
Counsel for Blakeslee Arpaia Chapman, Inc.

      *s/Brian P. Daniels*
      Brian P. Daniels (ct11863)

932834.doc